Nov. Term,
1853.

BARAMORE
v.
THE STATE.

---

BARAMORE *v.* THE STATE.

Where a defendant has been convicted of larceny on information filed under the R. S. 1852, without any affidavit or other sworn charge, the judgment, on motion, will be arrested.

*Friday,*
*December 16.*

APPEAL from the *Shelby* Court of Common Pleas.

STUART, J.—Trial for larceny on information filed without any affidavit or other sworn charge. Motion in arrest of judgment overruled. This was erroneous. 2 R. S., art. 4, p. 363. The motion in arrest should have been sustained.

*Per Curiam.*—The judgment is reversed.

*R. L.* and *T. D. Walpole*, for the appellant.

*D. Wallace*, for the state.